M. P. No. 77-439. STATE OF RHODE ISLAND *v.* ROBERT C. GIORGI. This case comes before us on a rule 9 motion for release pending appeal. For that reason we do not review the action of the trial justice, but rather hear the motion *de novo.*

In this case the defendant is appealing from a denial of a motion to reduce sentence. His original appeal has been heard and denied. *State* v. *Giorgi,* 115 R.I. 1, 339 A.2d 268 (1975). His request in this case is in the nature of a request

for bail pending post conviction relief. We have recently said that:

> "This court has never granted bail to an individual who has sought what for all intents and purposes is post conviction relief." *State* v. *Abbott and Freeman,* 117 R.I. 214, 220, 366 A.2d 1132, 1135 (1976).

Accordingly, the motion of the defendant for release on bail pending appeal is denied. *Julius C. Michaelson,* Attorney General, *Alfred French Goldstein,* Special Assistant Attorney General, for plaintiff. *Lovett & Linder, Ltd., Raul L. Lovett,* for defendant.